# Court of Appeals
## Tenth Appellate District of Texas

10-26-00188-CV

In the Interest of E.K.L., a Child

On appeal from the
74th District Court of McLennan County, Texas
Judge Peter Rusek, presiding
Trial Court Cause No. 2026-620-3

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed an appeal from a temporary order in a suit affecting the parent-child relationship under the Family Code.  By letter dated May 15, 2026, the Clerk of this Court notified Appellant that the appeal is subject to dismissal for want of jurisdiction and that the appeal would be dismissed unless a response was filed showing grounds for continuing the appeal.  A response was filed on May 22, 2026, but it does not show any ground to continue the appeal.

Temporary orders in proceedings relating to a child under the Family Code are not appealable. *See* TEX. FAM. CODE §105.001(e); *see also Little v. Daggett*, 858 S.W.2d 368, 369 (Tex. 1993) (orig. proceeding) (per curiam).

Accordingly, this appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a). Appellant's motion for emergency relief is dismissed as moot.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 28, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Motion dismissed
CV06

